IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD GIULIANI, SR., and | : | CIVIL ACTION |
| RICHARD GIULIANI, JR. | : | NO. 10-7518 |
| | : | |
| v. | : | |
| | : | |
| SPRINGFIELD TOWNSHIP, et al. | : | |

## **ORDER**

AND NOW, this 9th day of June, 2015, upon consideration of the motion for spoliation sanctions by plaintiffs Richard Giuliani, Sr. and Richard Giuliani, Jr., Dkt. No. 60, defendants' response, Dkt. No. 61, plaintiffs' reply, Dkt. No. 62, and defendants' surreply. Dkt. No. 63, and consistent with the accompanying memorandum of law, it is ORDERED that plaintiffs' motion is DENIED.

All deadlines in the amended scheduling order of April 29, 2015 shall remain in effect.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.
