IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD GIULIANI, SR. and : | |
| RICHARD GIULIANI, JR. : | |
| : | CIVIL ACTION |
| v. : | NO. 10-7518 |
| SPRINGFIELD TOWNSHIP, et al. : | |

## **ORDER**

AND NOW, this 27th day of February, 2017, upon consideration of defendants' motion for summary judgment (Dkt. No. 69), plaintiffs' response (Dkt. No. 75), defendants' reply brief (Dkt. No. 76) and plaintiffs' sur-reply brief (Dkt. No. 80), it is ORDERED that the motion is GRANTED.

JUDGMENT IS ENTERED in favor of defendants and against plaintiffs on all counts of the complaint.

The Clerk of Court shall mark this case CLOSED.

                                                    */s/ Thomas N. O'Neill, Jr.*
                                                    THOMAS N. O'NEILL, JR., J.