IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD GIULIANI, SR. and | : |
| RICHARD GIULIANI, JR. | : |
| | : CIVIL ACTION |
| v. | : NO. 10-7518 |
| SPRINGFIELD TOWNSHIP, et al. | : |

# **ORDER**

AND NOW, this 18th day of April 2017, upon consideration of defendants' Motion to Compel Plaintiffs to Pay Expert Deposition Fees, Dkt. No. 97, and plaintiffs' response, Dkt. No. 99, it is ORDERED that the Motion is GRANTED IN PART. Within twenty (20) days from the date of this Order, plaintiffs shall pay defendants the sum of $3,056.25 for the expert witness deposition fees of Charles L. Guttenplan and John J. Coyle, III.

                                          */s/ Thomas N. O'Neill, Jr.*
                                          THOMAS N. O'NEILL, JR., J.